# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00926-DME-MEH

Vicki Mize, an individual, on her own behalf,

    Plaintiff,

v.

O'Reilly Auto Enterprises, LLC,

    Defendant.

## ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation for Dismissal With Prejudice and good cause appearing,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

Date this __23rd__ day of __August__, 2017.

BY THE COURT:

*s/ David M. Ebel*

Honorable Judge David M. Ebel